```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                      Case No. 17-01533-RNO
Richard Horace Cole, Jr.                                    Chapter 13
Shari Wagner Cole
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-1      User: PRatchfor       Page 1 of 2        Date Rcvd: May 10, 2017
                          Form ID: ntnew341     Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2017.

```
db/jdb        Richard Horace Cole, Jr.,   Shari Wagner Cole,   7577 Pinewild Rd,
              Seven Valleys, PA 17360-9176
4909459      +11 Comcast,   4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
4911824      +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
              Arlington, TX 76096-3853
4909461      +Auto One Fin,   Po Box 7222,   York, PA 17404-0222
4909462       Baltimore County Emp,   23 W Susquehanna Avenue,   Towson, MD 21204-5291
4909456       Cole Richard Horace Jr,   7577 Pinewild Rd,   Seven Valleys, PA 17360-9176
4909457       Cole Shari Wagner,   7577 Pinewild Rd,   Seven Valleys, PA 17360-9176
4909464    ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
             (address filed with court: Ditech Financial LLC,   332 Minnesota St Ste 610,
              Saint Paul, MN 55101)
4909458       DeArmond & Associates of York LLC,   18 S George St Ste 610,   York, PA 17401-1450
4909463       Dept Of Ed/Navient,   Po Box 9655,   Wilkes-Barre, PA 18773-9655
4909466       First Premier,   Tape Only 3820 N Louise Ave,   Sioux Falls, SD 57107-0145
4909467      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
4909468       GM Financial,   PO Box 181145,   Arlington, TX 76096-1145
4909470      +Lvnv Funding LLC,   625 Pilot Road Suite 2/3,   Las Vegas, NV 89119-4485
4909472      +Midland Funding Llc,   2365 Northside Drive Suite 300,   San Diego, CA 92108-2709
4909473      +National Recovery Agency,   2491 Paxton St,   Harrisburg, PA 17111-1036
4909476      +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
4909477      +Verizon Wireless/Sou,   PO Box 26055 Natl Recovery Dept M.S 400,   Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4909460      +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2017 18:58:17    12 Credit One Bank,
              Po Box 10497 MS 576,   C/O Resurgent Capital Services,   Greenville, SC 29603-0497
4913731       E-mail/Text: collection.department@bcefcu.com May 10 2017 18:52:30
              Baltimore County Employees,   Federal Credit Union,   23 W Susquehanna Avenue,
              Towson, MD 21204-5291
4909465      +E-mail/Text: bankruptcy.bnc@ditech.com May 10 2017 18:52:07    Ditech Financial LLC,
              Po Box 6172,   Rapid City, SD 57709-6172
4909469       E-mail/Text: JCAP_BNC_Notices@jcap.com May 10 2017 18:52:24    Jefferson Capital System,
              16 Mcleland Rd,   Saint Cloud, MN 56303
4909471      +E-mail/PDF: resurgentbknotifications@resurgent.com May 10 2017 18:58:10    Lvnv Funding LLC,
              Po Box 10497,   Greenville, SC 29603-0497
4911994       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 10 2017 18:52:15
              Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
              Harrisburg PA 17128-0946
4909474      +E-mail/Text: compliance@sentrycredit.com May 10 2017 18:52:38    Sentry Credit Inc,
              2809 Grand Ave,   Everett, WA 98201-3417
4909475      +E-mail/PDF: pa_dc_litigation@navient.com May 10 2017 18:58:09    USA Funds,   Po Box 6180,
              Indianapolis, IN 46206-6180
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2017                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2017 at the address(es) listed below:

```
Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
 Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
 bkgroup@kmllawgroup.com
Keith B DeArmond    on behalf of Joint Debtor Shari Wagner Cole general.dearmondlaw@gmail.com,
 G10924@notify.cincompass.com
Keith B DeArmond    on behalf of Debtor Richard Horace Cole, Jr. general.dearmondlaw@gmail.com,
 G10924@notify.cincompass.com
United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                    TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard Horace Cole Jr.
Shari Wagner Cole

Debtor(s)

Chapter 13

Case No. 1:17−bk−01533−RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: June 29, 2017<br>Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108
(717) 901−2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: PRatchford

Date: May 10, 2017