UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                    Bankr. Case No. 17-01533-RNO-13

Richard Horace Cole, Jr. and Shari Wagner Cole                              Chapter 13
        Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on April 21, 2017 :

Keith B DeArmond
18 South George Street, Suite 610
York, PA 17401

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx44823 / 925184