| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Shari Wagner Cole** |
| (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-1533** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

_____
Street address, if available, or other description

_____

_____
City    State    ZIP Code

_____
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**7577 Pinewild Rd**
**Seven Valleys, PA 17360-9176**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$300,000.00**

Current value of the portion you own? **$300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Real Estate**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>**

**$300,000.00**

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| 3.1 | Make: | **BMW** |
|---|---|---|
| | Model: | **535xi** |
| | Year: | **2008** |
| | Approximate mileage: | **173000** |
| | Other information: | |

**Who has an interest in the property?** *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$3,662.00**

Current value of the portion you own? **$3,662.00**

| 3.2 | Make: | **Acura** |
|---|---|---|
| | Model: | **MDX** |
| | Year: | **2014** |
| | Approximate mileage: | **96500** |
| | Other information: | |

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$19,057.00**

Current value of the portion you own? **$19,057.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**   **$22,719.00**

### Part 3:   Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| **Household Goods (As Per File Attached)** | **$10,550.00** |
|---|---|

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
■ No
☐ Yes.  Describe.....

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes.  Describe.....

| | |
|---|---|
| Men's Clothing - $1000<br>Women;s Clothing - $1000 | $2,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☒ Yes.  Describe.....

| | |
|---|---|
| Jewelry<br>(As Per File Attached) | $2,440.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................

| |
|---|
| $14,990.00 |

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☒ No
    ☐ Yes...............................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☒ Yes........................

    Institution name:

| | | |
|---|---|---|
| 17.1. | **Checking Account** | **Bank Of America: Checking - 6734<br>Po Box 15284<br>Wilmington, DE 19850** | $73.13 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                                Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                                Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                  Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits;
unpaid loans you made to someone else

■ No

☐ Yes. Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

■ No

☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes. Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................................**  $73.13

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

**53. Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ..................................... | **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

| | |
| --- | --- |
| 55. **Part 1: Total real estate, line 2** ...................................................................................................... | **$300,000.00** |

| | | |
| --- | --- | --- |
| 56. **Part 2: Total vehicles, line 5** | **$22,719.00** | |
| 57. **Part 3: Total personal and household items, line 15** | **$14,990.00** | |
| 58. **Part 4: Total financial assets, line 36** | **$73.13** | |
| 59. **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. **Part 7: Total other property not listed, line 54**    + | **$0.00** | |
| 62. **Total personal property.** Add lines 56 through 61... | **$37,782.13** | Copy personal property total    **$37,782.13** |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$337,782.13**

Case 1:17-bk-01533-RNO     Doc 27     Filed 07/12/17     Entered 07/12/17 16:16:11     Desc
Main Document     Page 6 of 49



# COMPARATIVE MARKET ANALYSIS
## CMA Presentation



7577 Pinewild Road

**Prepared for:**
Rick & Shari Cole
7577 Pinewild Rd
Seven Valleys, PA 177360

Wednesday, May 10, 2017



**Prepared By:**
**Jeffrey L Darr**
RE/MAX Patriots
1770 E Market St
York, PA 17402

Conta: 717-577-5664
jeff@realestateyork.com

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.



### 7577 Pinewild Road

| | | | |
|---|---|---|---|
| **City** | Seven Valleys | | Residential/Farms |
| **State** | PA | | Detached |
| **Zip** | 17360 | **Year Built** | 2005 |
| | | **Ttl Fin SF** | 5002 |
| **Lot Dim** | | **Water** | Public Water |
| **Neigh/Sub** | Logan's Reserve | **Sewer** | Public Sewer |
| **Schl Dist** | Dallastown | **Heat** | Propane, Forced |
| **BR** | 4 | **Cooling** | Central Air Conditioning |
| **FB** | 3 | **Parking** | 2 Car Garage |
| **HB** | 1 | | |
| **Tot Acre** | 0.2600 | | |

This analysis has not been performed in accordance with the uniform standards of professional appraisal practice which require valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE REPORT

   

| | | | | |
|---|---|---|---|---|
| Type | Residential/Farms | Residential/Farms | Residential/Farms | Residential/Farms |
| Class | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS |
| School District | Dallastown | Dallastown | Dallastown | Dallastown |
| Stories | 2 Story | 2 Story | 2 Story | 2 Story |
| Address | 7577 Pinewild Road | 1060 Silver Maple Cir | 439 COUNTRYSIDE | 622 Glen Arbor Court |
| City | Seven Valleys | Seven Valleys | SEVEN VALLEYS | Seven Valleys |
| Neigh/Sub | Logan's Reserve | Logans Reserve | LOGANS RESERVE | Logan's Reserve |
| Orig Price | $325,000 | $349,900 | $327,000 | $355,000 |
| L/P | $305,000 | $349,900 | $319,000 | $355,000 |
| S/P | | $349,900 | $306,000 | $345,000 |
| How Sold | | SALES AGREEMENT | CONVENTIONAL | CONVENTIONAL |
| Status | ACT-HOLD-Don't Show | SOLD | SOLD | SOLD |
| DOM | 61 | 1 | 79 | 4 |
| Close Date | | 10/14/2016 | 3/17/2017 | 11/17/2016 |
| Total Bedrooms | 4 | 4 | 4 | 4 |
| Total Full Baths | 3 | 2 | 3 | 2 |
| Total Half Baths | 1 | 1 | 1 | 1 |
| Tot Bel SQ | 1200 | 0 | 1041 | 0 |
| Tot Fin Ab | 3802 | 3477 | 3020 | 3922 |
| Total Finished SQFT | 5002 | 3477 | 4061 | 3922 |
| Year Built | 2005 | 2006 | 2005 | 2006 |
| Total Acreage | 0.2600 | 0.2583 | 0.2600 | 0.4213 |
| MLS # | Subj Prop 21702622 | 21610215 | 21613069 | 21611552 |
| CC Pd by Seller | | $0.00 | $0.00 | $0.00 |
| Parking | 2 Car Garage | 2 Car Garage, Attached | 2 Car Garage, Attached | 3 Car Garage, Oversized, Attached, Off Street Parking, On Street Parking |
| Heat | Propane, Forced | Propane, Forced | Propane, Forced | Propane, Forced, Zoned Heat |
| Cooling | Central Air Conditioning | Central Air Conditioning | Central Air Conditioning, Electric | Central Air Conditioning, Multiple Units, Zoned Cooling |
| Condition | Good | Excellent | Average | Excellent, Very Good |
| REO/Bank Owned Y/N | No | No | No | No |

## Adjustments:

| | | | | |
|---|---|---|---|---|
| Tot Fin Ab | $0 | $32,500 | $78,200 | ($12,000) |
| Tot Bel SQ | $0 | $60,000 | $7,950 | $60,000 |
| Full Bath | $0 | $0 | $0 | $2,000 |
| 1 Car Garage | $0 | $0 | $0 | $0 |
| Total Bedrooms | $0 | $0 | $0 | $0 |
| 1/2 Bath | $0 | $0 | $0 | $0 |
| **Adjusted Price** | $305,000 | $442,400 | $392,150 | $395,000 |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE REPORT

   

| | | | | |
|---|---|---|---|---|
| Type | Residential/Farms | Residential/Farms | Residential/Farms | Residential/Farms |
| Class | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS |
| School District | Dallastown | Dallastown | Dallastown | Dallastown |
| Stories | 2 Story | 2 Story | 2 Story | 2 Story |
| Address | 7577 Pinewild Road | 1117 Silver Maple Circle | 7702 Pinewild Road | 730 Silver Maple Circle |
| City | Seven Valleys | Seven Valleys | Seven Valleys | Seven Valleys |
| Neigh/Sub | Logan's Reserve | Logan Reserve | Logans Reserve | Logans Reserve |
| Orig Price | $325,000 | $301,600 | $429,900 | $354,900 |
| L/P | $305,000 | $289,500 | $399,900 | $354,900 |
| S/P | | | | |
| How Sold | | | | |
| Status | ACT-HOLD-Don't Show | PENDING (Under Contract) | PENDING (Under Contract) | ACTIVE |
| DOM | 61 | 42 | 66 | 83 |
| Close Date | | 5/25/2017 | 6/9/2017 | |
| Total Bedrooms | 4 | 4 | 4 | 4 |
| Total Full Baths | 3 | 3 | 3 | 3 |
| Total Half Baths | 1 | 1 | 1 | 1 |
| Tot Bel SQ | 1200 | 0 | 1609 | 625 |
| Tot Fin Ab | 3802 | 5072 | 3833 | 3029 |
| Total Finished SQFT | 5002 | 5072 | 5442 | 3654 |
| Year Built | 2005 | 2005 | 2005 | 2006 |
| Total Acreage | 0.2600 | 0.2583 | 0.3100 | 0.2583 |
| MLS # | Subj Prop 21702622 | 21702425 | 21702045 | 21701739 |
| CC Pd by Seller | | | | |
| Parking | 2 Car Garage | 3 Car Garage, Attached | 2 Car Garage | 2 Car Garage, Attached, Heated |
| Heat | Propane, Forced | Propane, Forced | Propane, Forced | Electric, Heat Pump, Propane, Forced |
| Cooling | Central Air Conditioning | Central Air Conditioning | Central Air Conditioning | Central Air Conditioning, Heat Pump, Electric |
| Condition | Good | Average | Excellent | Excellent |
| REO/Bank Owned Y/N | No | Yes | No | No |

## Adjustments:

| | | | | |
|---|---|---|---|---|
| Tot Fin Ab | $0 | ($127,000) | ($3,100) | $77,300 |
| Tot Bel SQ | $0 | $60,000 | ($20,450) | $28,750 |
| Full Bath | $0 | $0 | $0 | $0 |
| 1 Car Garage | $0 | ($2,500) | $0 | $0 |
| Total Bedrooms | $0 | $0 | $0 | $0 |
| 1/2 Bath | $0 | $0 | $0 | $0 |
| **Adjusted Price** | $305,000 | $220,000 | $376,350 | $460,950 |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE REPORT

 

| | | |
|---|---|---|
| Type | Residential/Farms | Residential/Farms |
| Class | RESIDENTIAL/FARMS | RESIDENTIAL/FARMS |
| School District | Dallastown | Dallastown |
| Stories | 2 Story | 2 Story |
| Address | 7577 Pinewild Road | 692 Silver Maple Cir |
| City | Seven Valleys | Seven Valleys |
| Neigh/Sub | Logan's Reserve | Logans Reserve |
| Orig Price | $325,000 | $405,000 |
| L/P | $305,000 | $385,000 |
| S/P | | |
| How Sold | | |
| Status | ACT-HOLD-Don't Show | ACTIVE |
| DOM | 61 | 163 |
| Close Date | | |
| Total Bedrooms | 4 | 6 |
| Total Full Baths | 3 | 4 |
| Total Half Baths | 1 | 0 |
| Tot Bel SQ | 1200 | 1089 |
| Tot Fin Ab | 3802 | 4314 |
| Total Finished SQFT | 5002 | 5403 |
| Year Built | 2005 | 2006 |
| Total Acreage | 0.2600 | 0.2583 |
| MLS # | Subj Prop 21702622 | 21613202 |
| CC Pd by Seller | | |
| Parking | 2 Car Garage | 2 Car Garage, Attached |
| Heat | Propane, Forced | Heat Pump, Propane, Forced |
| Cooling | Central Air Conditioning | Central Air Conditioning |
| Condition | Good | Very Good |
| REO/Bank Owned Y/N | No | No |

## Adjustments:

| | | |
|---|---|---|
| Tot Fin Ab | $0 | ($51,200) |
| Tot Bel SQ | $0 | $5,550 |
| Full Bath | $0 | ($2,000) |
| 1 Car Garage | $0 | $0 |
| Total Bedrooms | $0 | ($7,000) |
| 1/2 Bath | $0 | $500 |

| Adjusted Price | $305,000 | $330,850 |
|---|---|---|

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# CMA SUMMARY REPORT

## RESIDENTIAL/FARMS Summary Statistics

|  | HIGH | LOW | AVERAGE | MEDIAN |
|---|---|---|---|---|
| **Price:** | $399,900 | $289,500 | $350,457 | $354,900 |
| **Selling Price:** | $349,900 | $306,000 | $333,633 | $345,000 |
| **Adj Price:** | $473,480 | $220,000 | $366,255 | $392,150 |

### RESIDENTIAL/FARMS - Active

| MLS # | Status | Schl Dist | Type | Ttl Fin SF | DOM | LP | PrcSqft |
|---|---|---|---|---|---|---|---|
| 21701739 | ACT | 67160 | RF | 3654 | 83 | $354,900 | $97.13 |
| 21613202 | ACT | 67160 | RF | 5403 | 163 | $385,000 | $71.26 |
|  |  |  |  |  | **Avg** | **Avg** | **Avg** |
|  |  |  |  |  | **123** | **$369,950** | **$84.20** |

### RESIDENTIAL/FARMS - Sold

| MLS # | Status | Schl Dist | Type | Ttl Fin SF | DOM | LP | PrcSqft | SP | PrcSqft |
|---|---|---|---|---|---|---|---|---|---|
| 21613069 | SOLD | 67160 | RF | 4061 | 79 | $319,000 | $78.55 | $306,000 | $75.35 |
| 21611552 | SOLD | 67160 | RF | 3922 | 4 | $355,000 | $90.52 | $345,000 | $87.97 |
| 21610215 | SOLD | 67160 | RF | 3477 | 1 | $349,900 | $100.63 | $349,900 | $100.63 |
|  |  |  |  |  | **Avg** | **Avg** | **Avg** | **Avg** | **Avg** |
|  |  |  |  |  | **28** | **$341,300** | **$89.90** | **$333,633** | **$87.98** |

### RESIDENTIAL/FARMS - Pending

| MLS # | Status | Schl Dist | Type | Ttl Fin SF | DOM | LP | PrcSqft |
|---|---|---|---|---|---|---|---|
| 21702425 | PND | 67160 | RF | 5072 | 42 | $289,500 | $57.08 |
| 21702045 | PND | 67160 | RF | 5442 | 66 | $399,900 | $73.48 |
|  |  |  |  |  | **Avg** | **Avg** | **Avg** |
|  |  |  |  |  | **54** | **$344,700** | **$65.28** |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE PROPERTY STATISTICS



## Active Properties

| | |
|---|---|
| Total # of Listings | 2 |
| Lowest List Price | $354,900.00 |
| Average List Price | $369,950.00 |
| Highest List Price | $385,000.00 |
| Average Price Per SQFT | $84.20 |
| Average Days On Market | 123 |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE PROPERTY STATISTICS



## Sold Properties

| | |
|---|---|
| Total # of Listings | 3 |
| Lowest List Price | $319,000.00 |
| Average List Price | $341,300.00 |
| Highest List Price | $355,000.00 |
| Lowest Sold Price | $306,000.00 |
| Average Sold Price | $333,633.00 |
| Highest Sold Price | $349,900.00 |
| Average Price Per SQFT | $87.98 |
| Average Days On Market | 28 |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE PROPERTY STATISTICS



## Pending Properties

| Total # of Listings | 2 |
|---|---|
| Lowest List Price | $289,500.00 |
| Average List Price | $344,700.00 |
| Highest List Price | $399,900.00 |
| Average Price Per SQFT | $65.28 |
| Average Days On Market | 54 |

 Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# COMPARABLE PRICE ANALYSIS



| Comparable Price Analysis | Price | Price Per SQFT |
|---|---|---|
| Low | $289,500 | $57.08 |
| Average | $347,171 | $80.41 |
| High | $399,900 | $100.63 |
| Adjusted Price Analysis | Adjusted Price | Price Per SQFT |
| Low | $220,000 | $43.38 |
| Average | $373,957 | $89.20 |
| High | $460,950 | $127.24 |
| Suggested List Price | | |
| Low | $300,000 | |
| High | $340,000 | |

Prepared by Jeff Darr / Ruby Darr Team

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

# MAP OF PROPERTIES



| Map No. | MLS# | Address | City/State/Zip | Price |
|---------|------|---------|----------------|-------|
| 1 | Sub. Property | 7577 Pinewild Road | Seven Valleys PA 17360 | $305,000 |
| 2 | 21610215 | 1060 Silver Maple Cir | Seven Valleys PA 17360 | $349,900 |
| 3 | 21613069 | 439 COUNTRYSIDE | SEVEN VALLEYS PA 17360 | $306,000 |
| 4 | 21611552 | 622 Glen Arbor Court | Seven Valleys PA 17360 | $345,000 |
| 5 | 21702425 | 1117 Silver Maple Circle | Seven Valleys PA 17360 | $289,500 |
| 6 | 21702045 | 7702 Pinewild Road | Seven Valleys PA 17360 | $399,900 |
| 7 | 21701739 | 730 Silver Maple Circle | Seven Valleys PA 17360 | $354,900 |
| 8 | 21613202 | 692 Silver Maple Cir | Seven Valleys PA 17360 | $385,000 |

Prepared by Jeff Darr / Ruby Darr Team 

This information is deemed reliable, but not guaranteed. ©2017 Realtors® Association of York & Adams Counties.

## FINAL COMMENTS

When I visited the property located at 7577 Pinewild Rd Seven Valleys, PA; Dallastown School District on May 9, 2017. It was my intention to determine the condition and market value of the home. Their have been some improvements made to the property. It is a two story home with 4802 square feet of finished living space. The property is in fair condition, the home has an attached oversized two car garage. The improvements are situated on .2600 acre lot located in Springfield Township / Logans Reserve. The HOA owns an upscale Club House with a Swimming Pool, Tennis Courts and Workout Room and Meeting Rooms. The method I used to compare this property was to look at other similar homes within the Logans Reserve community and Dallatown School District that have sold and settled in the past six months. I then adjusted the prices of the comparable properties with more or fewer amenities to better compare with the subject property. The fair market value of the property, based on the comparable values of four other property's that have sold in the last six months is $300,000 to $340,000. Considering today's market conditions, if the property is marketed at the lower end of this range it could be sold in ninety days or less. The higher end of the range would produce a buyer in six to nine months or less. The subject home is currently in a short sale position which would classify it as a stigmatized property and its current condition could decrease its value by 10-15%.

Prepared by Jeff Darr / Ruby Darr Team

# DETERMINING VALUE

**Factors that Affect  Your Home in Today's Market!**

## Location:

Location is the single most important factor in determining the value of your home.

## Competition:

Prospective buyers compare your property against competing properties. Buyers will perceive value based upon the properties that have sold or are available in the area.

## Timing:

Property values are affected by the current real estate market. As the real estate market cannot be manipulated, a flexible marketing plan should be developed which analyzes the current marketing conditions and individual features of the property.

## Condition:

The condition of the property affects the price and speed of the sale. As prospective buyers often make purchases based on emotion, first impressions are important.

Optimizing the physical appearance of your home will maximize the buyer's perception of value.

## Price:

Pricing your home properly from the very beginning is an important factor in determining the length of time it will take to sell your home.



**It is important we price your home properly from the start, while buyer interest is high.**

Timing is extremely important in the real estate market. The above graph illustrates the importance of placing your property on the market at a realistic price and terms from the very beginning. A property attracts the most excitement and interest from the real estate community and potential buyers when it is first listed; therefore it has the highest chances of a sale when it is new on the market.

# THE IMPORTANCE OF INTELLIGENT PRICING

| Asking Price | | Percentage of Buyers |
|---|---|---|
| +15% | | 10% |
| +10% | | 30% |
| Market Value | | 60% |
| -10% | | 75% |
| -15% | | 90% |

**A competitive price will attract more prospective buyers.**

As the graph illustrates, more buyers purchase properties at market value and below. A significantly lower percentage of buyers purchase above market value. Pricing your home at or below market value will expose you to a greater number of prospective buyers and increase your chances of a timely sale.

FURNITURE

Master Bedroom Set $2700.00

Daughter's Bedroom Set $1500.00

Son's Bedroom Set $1500.00

Guest Bedroom Set is my Shari's childhood set $ 200.00

Dining Room Set $1500.00

Living Room Set $1500.00

Computer Desk $150.00

5 T V's $1500.00

JEWELRY

Shari's wedding ring $1500.00, watch $250.00

Rick's wedding ring $500.00, watch $190.00

 **Kelley Blue Book®**
The Trusted Resource

☰ MENU      MY CARS [2]

**2008 BMW 5 Series**

**Vehicle Finder**

| BMW | 5 Serie | 2017 | **Go** |

 Have you seen the **2017 model?** | **Go** |

**Style:**
535xi Sedan 4D

**Mileage:**
173000   Change

Edit Options     Check Specs

# Your Blue Book® Value



| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |

**Trade-in Range**
**$2,509 - $4,814**
Trade-in Value
**$3,662**

TRADE-IN RANGE

KELLEY BLUE BOOK OFFICIAL GUIDE

ⓘ Important info & definitions

Valid for ZIP code 17360 through 04/27/2017

Value based on:

| Fair | Good | **Very Good** | Excellent |



**Next Steps: Find a Car**
Browse reviews, photos, specs and more.

| Make | Model |

**See what you should pay**

Trade In Your Old Vehicle for a New
**Genesis G80**   GENESIS

**As little as**
**$37,738**
net cost ⓘ

**View Program Details**
on Genesis.com

2017 Genesis G80 MSRP ⓘ     $41,400

Your Estimated Vehicle Value ⓘ     $3,662

Your Potential Net Cost:     $37,738

< > [] 🔒 kbb.com ↻ ↑ + ▢

Pennsylvania Lottery - Pen... | Nike Air Force 1 Low - Men... | YourRent2Own: Contact U... | 🚫 2014 Acura MDX Sport...

 **MENU**      **Kelley Blue Book®** The Trusted Resource     **MY CARS** 2



**BUICK**
NEW 2017 ENVISION

Galaxy Silver Metallic*

**TURN HEADS IN ANY COLOR**

BUILD & PRICE
VIEW PHOTOS
LOCATE A VEHICLE
*Important Info

Advertisement

### 2014 Acura MDX



**Style:**
Sport Utility 4D

**Mileage:**
96500   Change

Edit Options     Check Specs

**Vehicle Finder**

Acura ⌄ | MDX ⌄ | 2017 ⌄ | Go

 Have you seen the **2017 model?** Go

# Your Blue Book® Value



| Trade In to a Dealer | Get an Instant Cash Offer | Sell to a Private Party |
|---|---|---|

Trade-in Range
**$18,005 - $20,108**

Trade-in Value
**$19,057**

TRADE-IN RANGE

**KELLEY BLUE BOOK OFFICIAL GUIDE**

ℹ Important info & definitions

Valid for ZIP code 17360 through 04/27/2017

Value based on:

| Fair | Good | Very Good | **Excellent** |
|---|---|---|---|

### Next Steps: Find a Car

Browse reviews, photos, specs and more.

Make ⌄ | Model ⌄

**See what you should pay**



EXPERIENCE 🔘 THE NEW BUICK | 2017 BUICK ENCLAVE CONVENIENCE

ULTRA LOW MILEAGE LEASE FOR WELL-QUALIFIED NON-GM LESSEES

$**289** PER MO. FOR 24 MOS.¹
$4,849 DUE AT LEASE SIGNING AFTER ALL OFFERS

No security deposit required. Tax, title, license and dealer fees extra. Mileage charge of $0.25/mile over 20,000 miles. At participating dealers only.

▷ VIEW ALL OFFERS

Advertisement



**GEICO**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | **1:17-bk-1533** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 1 Exemptions**<br>Brief description:<br>Line from *Schedule A/B*: | | ☐ _____ | |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1 _____
             First Name          Middle Name          Last Name

Debtor 2        **Shari Wagner Cole**
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:17-bk-1533**
(if known)

☐ Check if this is an
   amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt                              4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Debtor 2 Exemptions**<br>Brief description:<br>Line from *Schedule A/B*: | _____ | ☐ _____<br><br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Shari Wagner Cole** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:17-bk-1533** |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Auto One Fin**<br>Creditor's Name | Describe the property that secures the claim:<br>**11/04/2015** | $38,366.00 | $19,057.00 | $19,309.00 |

| | |
|---|---|
| **Po Box 7222**<br>**York, PA 17404**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br><br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)    **Auto Loan** |

| Date debt was incurred   **11/04/2015** | Last 4 digits of account number   **1009** |
|---|---|

| | | | | |
|---|---|---|---|---|
| **2.2** **Auto One Fin**<br>Creditor's Name | Describe the property that secures the claim:<br>**06/23/2014 Auto loan - 2008 BMW 535xi** | $12,171.00 | $3,662.00 | $8,509.00 |

| | |
|---|---|
| **Po Box 7222**<br>**York, PA 17404**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br><br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)    **06/23/2014 Auto loan - 2008 BMW 535xi** |

| Date debt was incurred _____ | Last 4 digits of account number   **1006** |
|---|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Debtor 1 | **Richard Horace Cole,, Jr.** | | | Case number (if know) | **1:17-bk-1533** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Shari Wagner Cole** | | | | |
| | First Name | Middle Name | Last Name | | |

| 2.3 | **Ditech Financial LLC** | | | | |
|---|---|---|---|---|---|

| | **Ditech Financial LLC** | Describe the property that secures the claim: | $581,886.00 | $300,000.00 | $281,886.00 |
|---|---|---|---|---|---|

Creditor's Name

**07/01/2005 - Conventional Real Estate Loan**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

**332 Minnesota St Ste 610**
**Saint Paul, MN 55101**

Number, Street, City, State & Zip Code

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only

☐ An agreement you made (such as mortgage or secured car loan)

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ At least one of the debtors and another

☐ Judgment lien from a lawsuit

☐ **Check if this claim relates to a community debt**

■ Other (including a right to offset) _____

**Date debt was incurred** **07/01/2005**      **Last 4 digits of account number**  **9240**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $632,423.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $632,423.00 |

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code

**Ditech Financial LLC**
**Po Box 6172**
**Rapid City, SD 57709**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  **9240**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Fill in this information to identify your case:

Debtor 1 **Richard Horace Cole,, Jr.**
First Name　Middle Name　Last Name

Debtor 2 **Shari Wagner Cole**
(Spouse if, filing)　First Name　Middle Name　Last Name

United States Bankruptcy Court for the:　MIDDLE DISTRICT OF PENNSYLVANIA

Case number　**1:17-bk-1533**
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims　12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to
any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on
Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule
D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach
the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and
case number (if known).

**Part 1:**　List All of Your PRIORITY Unsecured Claims

1.　Do any creditors have priority unsecured claims against you?

　　■ No. Go to Part 2.
　　☐ Yes.

**Part 2:**　List All of Your NONPRIORITY Unsecured Claims

3.　Do any creditors have nonpriority unsecured claims against you?

　　☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

　　■ Yes.

4.　List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority
unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more
than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part
2.

|  |  | Total claim |
|---|---|---|

| 4.1 | **11 Comcast**<br>Nonpriority Creditor's Name | Last 4 digits of account number　**5599** | **$355.00** |
|---|---|---|---|

When was the debt incurred?　**06/28/2015**

**4120 International Parkway Suite
1100
Carrollton, TX 75007**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community
debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**06/28/2015 - Collection Account**

| 4.2 | **Baltimore County Emp** | Last 4 digits of account number | **1200** | **$4,513.00** |

Nonpriority Creditor's Name

**23 W Susquehanna Avenue**
**Towson, MD 21204-5291**

When was the debt incurred? **06/18/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **06/18/2014**

---

| 4.3 | **Calder Door & Specialty Co** | Last 4 digits of account number | **8979** | **$266.12** |

Nonpriority Creditor's Name

**1296 Loop Rd**
**Lancaster, PA 17601-3167**

When was the debt incurred? **06/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **06/2016 - Other**

---

| 4.4 | **Capital Management Services** | Last 4 digits of account number | **9307** | **$774.27** |

Nonpriority Creditor's Name

**69842 S Ogden St**
**Buffalo, NY 14206**

When was the debt incurred? **06/2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **06/2016 - Credit Card - Collection For M&T Bank**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Cole,, Richard Horace Jr. & Cole, Shari Wagner**
Debtor 2

Case number (if know)   **1:17-bk-1533**

---

| 4.5 | **CBY Of York** | Last 4 digits of account number | **2899** | **$494.56** |
|-----|-----------------|--------------------------------|----------|-------------|

Nonpriority Creditor's Name

When was the debt incurred?   **06/2016**

**18 S George St Fl 5**
**York, PA 17401-1400**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **06/2016 - Utility Bill - Roto Rooter**

---

| 4.6 | **Colony Brands Inc** | Last 4 digits of account number | **7630** | **$423.00** |
|-----|-----------------------|--------------------------------|----------|-------------|

Nonpriority Creditor's Name

When was the debt incurred?   **06/2016**

**1112 7th Ave**
**Monroe, WI 53566-1364**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **06/2016 - Other**

---

| 4.7 | **Dept Of Ed/Navient** | Last 4 digits of account number | **2015** | **$8,703.00** |
|-----|------------------------|--------------------------------|----------|---------------|

Nonpriority Creditor's Name

When was the debt incurred?   **09/25/2015**

**Po Box 9655**
**Wilkes-Barre, PA 18773-9655**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **09/25/2015 Education loan**

---

| **4.8** | **Ehrlich** | Last 4 digits of account number | **0836** | **$200.00** |

Nonpriority Creditor's Name

**4565 W Market St**
**York, PA 17408-6111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **06/2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Other - Pest Control**

---

| **4.9** | **First Premier** | Last 4 digits of account number | **9460** | **$539.00** |

Nonpriority Creditor's Name

**Tape Only 3820 N Louise Ave**
**Sioux Falls, SD 57107-0145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **02/05/2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **02/05/2014 - Charge Account**

---

| **4.10** | **First Premier** | Last 4 digits of account number | **9416** | **$522.00** |

Nonpriority Creditor's Name

**Tape Only 3820 N Louise Ave**
**Sioux Falls, SD 57107-0145**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  **04/26/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **04/26/2013 Charge Account**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

---

**4.11**    **First Premier**                          Last 4 digits of account number    **1992**                    **$888.00**
Nonpriority Creditor's Name

**Tape Only 3820 N Louise Ave**                          When was the debt incurred?    **11/23/2010**
**Sioux Falls, SD 57107-0145**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**                          ☐ Student loans
**debt**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                          ■ Other. Specify    **11/23/2010 Charge Account**

---

**4.12**    **GM Financial**                          Last 4 digits of account number    **4534**                    **$14,340.00**
Nonpriority Creditor's Name

**PO Box 181145**                          When was the debt incurred?    **03/09/2011**
**Arlington, TX 76096-1145**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**                          ☐ Student loans
**debt**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                          ■ Other. Specify    **03/09/2011**

---

**4.13**    **Jefferson Capital System**                          Last 4 digits of account number    **0874**                    **$519.00**
Nonpriority Creditor's Name

**16 Mcleland Rd**                          When was the debt incurred?    **12/27/2016**
**Saint Cloud, MN 56303**
Number Street City State Zip Code                          As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                          ☐ Contingent
☐ Debtor 2 only                          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
☐ At least one of the debtors and another                          Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**                          ☐ Student loans
**debt**                          ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                          report as priority claims

■ No                          ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                          ■ Other. Specify    **12/27/2016 - Collection Agency For - 12**
                          **Lane Bryant Retail**

---

| 4.14 | **Lane Bryant** | Last 4 digits of account number | **7769** | **$519.00** |

Nonpriority Creditor's Name

**PO Box 659728**
**San Antonio, TX 78265-9728**
Number Street City State Zip Code

When was the debt incurred?    **09/16/2015**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.15 | **Logan Homeowners Assoc** | Last 4 digits of account number | **7701** | **$1,300.00** |

Nonpriority Creditor's Name

**PO Box 11981**
**Newark, NJ 07101-4960**
Number Street City State Zip Code

When was the debt incurred?    **03/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **03/2016 - Home Owners Assoc Fees**

---

| 4.16 | **Lvnv Funding LLC** | Last 4 digits of account number | **3347** | **$854.00** |

Nonpriority Creditor's Name

**625 Pilot Road Suite 2/3**
**Las Vegas, NV 89119**
Number Street City State Zip Code

When was the debt incurred?    **06/14/2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **06/14/2016 - Facoring Company - Collection Agency For - 12 Credit One Bank N.A**

---

---

| 4.17 | **Midland Funding Llc** | Last 4 digits of account number | **7385** | **$524.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **09/30/2016**

**2365 Northside Drive Suite 300**
**San Diego, CA 92108**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor only            ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes            ■ Other. Specify   **09/30/2016 - Factoring Company -**
                                     **Collection Agency For 01 Comenity Bank**

---

| 4.18 | **National Recovery Agency** | Last 4 digits of account number | **3580** | **$490.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **12/01/2014**

**2491 Paxton St**
**Harrisburg, PA 17111**
Number Street City State ZIp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor only            ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes            ■ Other. Specify   **12/01/2014 - Collectioon Agency For -**
                                     **Springettsbury Township EMS**

---

| 4.19 | **Select Portfolio Services Inc** | Last 4 digits of account number | **3854** | **$61,353.36** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?    **Unknown**

**PO Box 65250**
**Salt Lake City, UT 84165-0250**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor only            ☐ Contingent
☐ Debtor 2 only          ☐ Unliquidated
■ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**    ☐ Student loans
**debt**
☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**    report as priority claims

■ No                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes            ■ Other. Specify   **Other - 2nd Mortgage**

---

| 4.20 | **Sentry Credit Inc** | Last 4 digits of account number | **464** | **$156.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

When was the debt incurred?  **05/01/2016**

**2809 Grand Ave**
**Everett, WA 98201**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **05/01/2016 - Collection Agency For - 08 Nordstrom FSB**

---

| 4.21 | **STYCSA** | Last 4 digits of account number | **5910** | **$1,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Sewer Authority**

When was the debt incurred?  **Unknown**

**PO Box 75**
**Seven Valleys, PA 17360-0075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Sewer Bill**

---

| 4.22 | **Suburban Propane** | Last 4 digits of account number | **5775** | **$414.23** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box J**

When was the debt incurred?  **Unknown**

**Whippany, NJ 07981-0409**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utility Bill**

---

| 4.23 | **True Green** | Last 4 digits of account number | **5451** | $200.00 |
|------|----------------|--------------------------------|----------|---------|

Nonpriority Creditor's Name

When was the debt incurred? **06/2016**

**PO Box 9001128**
**Louisville, KY 40290-1128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Other - Lawn Care**

---

| 4.24 | **USA Funds** | Last 4 digits of account number | **2606** | $16,787.00 |
|------|---------------|--------------------------------|----------|------------|

Nonpriority Creditor's Name

When was the debt incurred? **06/08/2012**

**Po Box 6180**
**Indianapolis, IN 46206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Account**

---

| 4.25 | **USA Funds** | Last 4 digits of account number | **2606** | $12,175.00 |
|------|---------------|--------------------------------|----------|------------|

Nonpriority Creditor's Name

When was the debt incurred? **06/08/2012**

**Po Box 6180**
**Indianapolis, IN 46206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Account**

---

| 4.26 | **Valentine & Kebartas, LLC** | Last 4 digits of account number | **7876** | $854.00 |

Nonpriority Creditor's Name

When was the debt incurred? **06/2016**

**15 Union St**
**Lawrence, MA 01840-1866**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **06/2016 - Credit Card - Collection For Credit One Bank**

---

| 4.27 | **Verizon Wireless/Sou** | Last 4 digits of account number | **1430** | $2,577.00 |

Nonpriority Creditor's Name

When was the debt incurred? **08/02/2006**

**PO Box 26055 Nat'l Recovery Dept**
**M.S 400**
**Minneapolis, MN 55426**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify  **08/02/2006 - Collection Account**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**12 Credit One Bank**
**Po Box 10497 MS 576**
**C/O Resurgent Capital Services**
**Greenville, SC 29603**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **3347**

---

Name and Address
**First Premier Bank**
**601 S Minnesota Ave**
**Sioux Falls, SD 57104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **9416**

---

Name and Address
**First Premier Bank**
**601 S Minnesota Ave**
**Sioux Falls, SD 57104**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1992**

---

Case 1:17-bk-01533-RNO    Doc 27    Filed 07/12/17    Entered 07/12/17 16:16:11    Desc
Main Document    Page 39 of 49

| Debtor 1 | | | | |
|---|---|---|---|---|
| Debtor 2 | **Cole,, Richard Horace Jr. & Cole, Shari Wagner** | | Case number (If know) | **1:17-bk-1533** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Lvnv Funding LLC**<br>**Po Box 10497**<br>**Greenville, SC 29603** | Line **4.16** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **3347** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Verizon Wireless**<br>**Po Box 49**<br>**Lakeland, FL 33802** | Line **4.27** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number      **1430** |

---

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 131,740.54 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 131,740.54 |

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Shari Wagner Cole** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:17-bk-1533 |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** | |
| Name | |
| Number    Street | |
| City        State        ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City        State        ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City        State        ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City        State        ZIP Code | |
| **2.5** | |
| Name | |
| Number    Street | |
| City        State        ZIP Code | |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Shari Wagner Cole** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 1:17-bk-1533 |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1**<br>Name<br><br>Number   Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2**<br>Name<br><br>Number   Street<br>City      State      ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| Debtor 2 (Spouse, if filing) | **Shari Wagner Cole** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (If known) | **1:17-bk-1533** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                     12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:          Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | **Government Contractor** | **Social Services** |
| Employer's name | | **Indigenous Techonlogies** | **Baltimore County Social Services** |
| Employer's address | | **1705 Industrial Rd**<br>**Anadarko, OK 73005-9560** | **6401 York Rd**<br>**Baltimore, MD 21212-2152** |
| How long employed there? | | **1 years** | **1 years** |

### Part 2:          Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,647.18** | $ **2,920.66** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **4,647.18** | $ **2,920.66** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $   4,647.18 | $   2,920.66 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $   1,086.99 | $   401.69 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $   0.00 | $   0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $   0.00 | $   162.67 |
| 5d. | Required repayments of retirement fund loans | 5d. | $   0.00 | $   0.00 |
| 5e. | Insurance | 5e. | $   74.19 | $   312.98 |
| 5f. | Domestic support obligations | 5f. | $   0.00 | $   0.00 |
| 5g. | Union dues | 5g. | $   0.00 | $   0.00 |
| 5h. | Other deductions. Specify:  **CREDIT UNION** | 5h.+ | $   0.00 | + $   315.05 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $   1,161.18 | $   1,192.39 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $   3,486.00 | $   1,728.27 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   0.00 | $   0.00 |
| 8b. | Interest and dividends | 8b. | $   0.00 | $   0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   0.00 | $   0.00 |
| 8d. | Unemployment compensation | 8d. | $   0.00 | $   0.00 |
| 8e. | Social Security | 8e. | $   0.00 | $   0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $   0.00 | $   0.00 |
| 8g. | Pension or retirement income | 8g. | $   0.00 | $   0.00 |
| 8h. | Other monthly income. Specify: | 8h.+ | $   0.00 | + $   0.00 |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $   0.00 | $   0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   3,486.00  + $   1,728.27 | = $   5,214.27 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                      11.  +$          0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies     12.  $     5,214.27

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
- ■ No.
- ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1 __Richard Horace Cole,, Jr.__

Debtor 2 __Shari Wagner Cole__
(Spouse, if filing)

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF PENNSYLVANIA__

Case number __1:17-bk-1533__
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**     ☐ No

    Do not list Debtor 1 and Debtor 2.     ☑ Yes.  Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Daughter | 21 | ☐ No  ☑ Yes |
    | Son | 16 | ☐ No  ☑ Yes |
    | | | ☐ No  ☐ Yes |
    | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**     ☑ No   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 3,179.38 |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a.  $ | 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b.  $ | 79.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.  **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 170.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 133.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: | 6d. | $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 200.00 |
| 10. | **Personal care products and services** | 10. | $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 170.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 300.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 200.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 860.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 300.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | | |
| | 20a. Mortgages on other property | 20a. | $ | 0.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: | 21. | +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 6,091.38 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 6,091.38 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | 5,214.27 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | 6,091.38 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | -877.11 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

| Fill in this information to identify your case: |
|---|

Debtor 1    **Richard Horace Cole,, Jr.**
First Name        Middle Name        Last Name

Debtor 2    **Shari Wagner Cole**
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:17-bk-1533**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| Sign Below |
|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Richard Horace Cole, Jr.** _____
   **Richard Horace Cole,, Jr.**
   Signature of Debtor 1

X **/s/ Shari Wagner Cole** _____
   **Shari Wagner Cole**
   Signature of Debtor 2

Date    **July 11, 2017** _____

Date    **July 11, 2017** _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Richard Horace Cole,, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Shari Wagner Cole** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **1:17-bk-1533** |

☐ Check if this is an amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)
  1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $  300,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... | $  37,782.13 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $  337,782.13 |

**Part 2:    Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
  2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $  632,423.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
  3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*............................... | $  0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $  131,740.54 |
| **Your total liabilities** | $  764,163.54 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)
  Copy your combined monthly income from line 12 of *Schedule I.*............................................................... | $  5,214.27 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)
  Copy your monthly expenses from line 22c of *Schedule J.*......................................................... | $  6,091.38 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

  ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

  ■ Yes

7. **What kind of debt do you have?**

  ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

  ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Case 1:17-bk-01533-RNO    Doc 27    Filed 07/12/17    Entered 07/12/17 16:16:11    Desc
Main Document      Page 48 of 49

8. **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **7,567.84**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ _____ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ 0.00 |