## PERSONAL AND CHECK INFORMATION

RICHARD COLE
7577 PINE WILD ROAD
SEVEN VALLEY, PA 17360

Soc Sec #: XXX-XX-XXXX   Employee ID: 245
Hire Date: 11/14/16
Status: FT
Filing Status:
Federal: Single, 5
State: PA, Single, 5
Br/Dept: IT0019/PLAN B

Pay Period: 01/16/17 to 01/31/17
Check Date: 02/10/17   Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0772 | 2387.09 | 7099.97 |
| CHECKING 2 - 1942 | 75.00 | 225.00 |
| SAVINGS 1 - 5516 | 75.00 | 225.00 |
| Net Pay | 2537.09 | 7549.97 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| SALARIED | 62.67 | 38.4615 | 2410.38 | 220.01 | 8461.92 |
| HOLIDAY | 8.00 | 38.4615 | 307.69 | 24.00 | 923.07 |
| PTO | 16.00 | 38.4615 | 615.38 | 16.00 | 615.38 |
| DENTAL B (ST & | | | -38.89 | | -116.67 |
| VISION B (ST & | | | -8.02 | | -24.06 |
| MED ALLOW | | | 75.00 | | 225.00 |
| HOURS WORKED | 62.67 | | | 220.01 | |
| ADJ EARNINGS | | | 3361.54 | | 10084.64 |
| GROSS EARNINGS | 86.67 | | 3408.45 | 260.01 | 10225.37 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL PLAN B - M | 16.92 | 50.76 |
| VISION PLAN B - M | 4.92 | 14.76 |
| EE BASIC LIFE & | 3.63 | 10.89 |
| VOL LIFE & ADD | 1.20 | 3.60 |
| VOL LIFE & ADD | 6.38 | 31.89 |
| VOL LIFE & ADD | 3.19 | 15.95 |
| VOL LTD | 12.00 | 36.00 |
| SHORT TERM DBL | 7.40 | 22.20 |
| TOTAL | 33.80 | 120.53 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 427.94 | 1326.01 |
| OASDI | 208.42 | 625.26 |
| MEDICARE | 48.74 | 146.22 |
| STATE W/H PA | 103.20 | 309.60 |
| STATE SUI PA | 2.35 | 7.05 |
| TOTAL | 790.65 | 2414.14 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 2537.09 | 7549.97 |

Payrolls by Paychex, Inc.
**0472-K509** INDIGENOUS TECHNOLOGIES LLC ▪ 1705 INDUSTRIAL RD ▪ ANADARKO, OK 73005 ▪ 405-247-7830 ▪

## PERSONAL AND CHECK INFORMATION

RICHARD COLE
7577 PINE WILD ROAD
SEVEN VALLEY, PA 17360

Soc Sec #: XXX-XX-XXXX    Employee ID: 245
Hire Date: 11/14/16
Status: FT
Filing Status:
Federal: Single, 5
State: PA, Single, 5
Br/Dept: IT0019/PLAN B

Pay Period: 02/01/17 to 02/15/17
Check Date: 02/24/17    Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0772 | 2387.10 | 9487.07 |
| CHECKING 2 - 1942 | 75.00 | 300.00 |
| SAVINGS 1 - 5516 | 75.00 | 300.00 |
| Net Pay | 2537.10 | 10087.07 |

## EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| SALARIED | 86.67 | 38.4615 | 3333.46 | 306.68 | 11795.38 |
| HOLIDAY | | | | 24.00 | 923.07 |
| PTO | | | | 16.00 | 615.38 |
| DENTAL B (ST & | | | -38.89 | | -155.56 |
| VISION B (ST & | | | -8.02 | | -32.08 |
| MED ALLOW | | | 75.00 | | 300.00 |
| **HOURS WORKED** | 86.67 | | | 306.68 | |
| **ADJ EARNINGS** | | | 3361.55 | | 13446.19 |
| **GROSS EARNINGS** | 86.67 | | 3408.46 | 346.68 | 13633.83 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL PLAN B - M | 16.92 | 67.68 |
| VISION PLAN B - M | 4.92 | 19.68 |
| EE BASIC LIFE & | 3.63 | 14.52 |
| VOL LIFE & ADD | 1.20 | 4.80 |
| VOL LIFE & ADD | 6.38 | 38.27 |
| VOL LIFE & ADD | 3.19 | 19.14 |
| VOL LTD | 12.00 | 48.00 |
| SHORT TERM DBL | 7.40 | 29.60 |
| TOTAL | 33.80 | 154.33 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 427.94 | 1753.95 |
| OASDI | 208.42 | 833.68 |
| MEDICARE | 48.74 | 194.96 |
| STATE W/H PA | 103.20 | 412.80 |
| STATE SUI PA | 2.35 | 9.40 |
| TOTAL | 790.65 | 3204.79 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 2537.10 | 10087.07 |

*Payrolls by Paychex, Inc.*

0472-K509 INDIGENOUS TECHNOLOGIES LLC ▪ 1705 INDUSTRIAL RD ▪ ANADARKO, OK 73005 ▪ 405-247-7830 ▪

## PERSONAL AND CHECK INFORMATION

RICHARD COLE
7577 PINE WILD ROAD
SEVEN VALLEY, PA 17360

Soc Sec #: XXX-XX-XXXX   Employee ID: 245
Hire Date: 11/14/16
Status: FT
Filing Status:
Federal: Single, 5
State: PA, Single, 5
Br/Dept: IT0019/PLAN B

Pay Period: 02/16/17 to 02/28/17
Check Date: 03/10/17    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED |
|---|---|---|
| PTO-HOURLY | 19.921 | 16.000 HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0772 | 2387.10 | 11874.17 |
| CHECKING 2 - 1942 | 75.00 | 375.00 |
| SAVINGS 1 - 5516 | 75.00 | 375.00 |
| Net Pay | 2537.10 | 12624.17 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| SALARIED | 78.67 | 38.4615 | 3025.77 | 385.35 | 14821.15 |
| HOLIDAY | 8.00 | 38.4615 | 307.69 | 32.00 | 1230.76 |
| PTO | | | | 16.00 | 615.38 |
| DENTAL B (ST & | | | -38.89 | | -194.45 |
| VISION B (ST & | | | -8.02 | | -40.10 |
| MED ALLOW | | | 75.00 | | 375.00 |
| **HOURS WORKED** | 78.67 | | | 385.35 | |
| **ADJ EARNINGS** | | | 3361.55 | | 16807.74 |
| **GROSS EARNINGS** | 86.67 | | 3408.46 | 433.35 | 17042.29 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL PLAN B - M | 16.92 | 84.60 |
| VISION PLAN B - M | 4.92 | 24.60 |
| EE BASIC LIFE & | 3.63 | 18.15 |
| VOL LIFE & ADD | 1.20 | 6.00 |
| VOL LIFE & ADD | 6.38 | 44.65 |
| VOL LIFE & ADD | 3.19 | 22.33 |
| VOL LTD | 12.00 | 60.00 |
| SHORT TERM DBL | 7.40 | 37.00 |
| TOTAL | 33.80 | 188.13 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 427.94 | 2181.89 |
| OASDI | 208.42 | 1042.10 |
| MEDICARE | 48.74 | 243.70 |
| STATE W/H PA | 103.20 | 516.00 |
| STATE SUI PA | 2.35 | 11.75 |
| TOTAL | 790.65 | 3995.44 |

### NET PAY

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 2537.10 | 12624.17 |

*Payrolls by Paychex, Inc.*

0472-K509 INDIGENOUS TECHNOLOGIES LLC ▪ 1705 INDUSTRIAL RD ▪ ANADARKO, OK 73005 ▪ 405-247-7830 ▪

## PERSONAL AND CHECK INFORMATION

RICHARD COLE
7577 PINE WILD ROAD
SEVEN VALLEY, PA 17360

Soc Sec #: XXX-XX-XXXX    Employee ID: 245
Hire Date: 11/14/16
Status: FT
Filing Status:
Federal: Single, 5
State: PA, Single, 5
Br/Dept: IT0019/PLAN B

Pay Period: 03/01/17 to 03/15/17
Check Date: 03/24/17    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED | |
|---|---|---|---|
| PTO-HOURLY | 24.922 | 16.000 | HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0772 | 2387.10 | 14261.27 |
| CHECKING 2 - 1942 | 75.00 | 450.00 |
| SAVINGS 1 - 5516 | 75.00 | 450.00 |
| Net Pay | 2537.10 | 15161.27 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| SALARIED | 86.67 | 38.4615 | 3333.46 | 472.02 | 18154.61 |
| HOLIDAY | | | | 32.00 | 1230.76 |
| PTO | | | | 16.00 | 615.38 |
| DENTAL B (ST & | | | -38.89 | | -233.34 |
| VISION B (ST & | | | -8.02 | | -48.12 |
| MED ALLOW | | | 75.00 | | 450.00 |
| **HOURS WORKED** | 86.67 | | | 472.02 | |
| **ADJ EARNINGS** | | | 3361.55 | | 20169.29 |
| **GROSS EARNINGS** | 86.67 | | 3408.46 | 520.02 | 20450.75 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL PLAN B - M | 16.92 | 101.52 |
| VISION PLAN B - M | 4.92 | 29.52 |
| EE BASIC LIFE & | 3.63 | 21.78 |
| VOL LIFE & ADD | 1.20 | 7.20 |
| VOL LIFE & ADD | 6.38 | 51.03 |
| VOL LIFE & ADD | 3.19 | 25.52 |
| VOL LTD | 12.00 | 72.00 |
| SHORT TERM DBL | 7.40 | 44.40 |
| **TOTAL** | 33.80 | 221.93 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 427.94 | 2609.83 |
| OASDI | 208.42 | 1250.52 |
| MEDICARE | 48.74 | 292.44 |
| STATE W/H PA | 103.20 | 619.20 |
| STATE SUI PA | 2.35 | 14.10 |
| **TOTAL** | 790.65 | 4786.09 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 2537.10 | 15161.27 |

Payrolls by Paychex, Inc.

0472-K509  INDIGENOUS TECHNOLOGIES LLC  ▪  1705 INDUSTRIAL RD  ▪  ANADARKO, OK 73005  ▪  405-247-7830  ▪

## PERSONAL AND CHECK INFORMATION

RICHARD COLE
7577 PINE WILD ROAD
SEVEN VALLEY, PA 17360

Soc Sec #: XXX-XX-XXXX    Employee ID: 245
Hire Date: 11/14/16
Status: FT
Filing Status:
Federal: Single, 5
State: PA, Single, 5
Br/Dept: IT0019/PLAN B

Pay Period: 03/16/17 to 03/31/17
Check Date: 04/10/17    Check #: Direct Deposit

### TIME OFF (Based On Policy Year)

| DESCRIPTION | AVAILABLE | USED |
|---|---|---|
| PTO-HOURLY | 29.923 | 16.000 HOURS |

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING 1 - 0772 | 2379.79 | 16641.06 |
| CHECKING 2 - 1942 | 75.00 | 525.00 |
| SAVINGS 1 - 5516 | 75.00 | 525.00 |
| Net Pay | 2529.79 | 17691.06 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| SALARIED | 86.67 | 38.4615 | 3333.46 | 558.69 | 21488.07 |
| HOLIDAY | | | | 32.00 | 1230.76 |
| PTO | | | | 16.00 | 615.38 |
| DENTAL B (ST & | | | -38.89 | | -272.23 |
| VISION B (ST & | | | -8.02 | | -56.14 |
| MED ALLOW | | | 75.00 | | 525.00 |
| *HOURS WORKED* | 86.67 | | | 558.69 | |
| *ADJ EARNINGS* | | | 3361.55 | | 23530.84 |
| *GROSS EARNINGS* | 86.67 | | 3408.46 | 606.69 | 23859.21 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| DENTAL PLAN B - M | 16.92 | 118.44 |
| VISION PLAN B - M | 4.92 | 34.44 |
| EE BASIC LIFE & | 3.63 | 25.41 |
| VOL LIFE & ADD | 1.20 | 8.40 |
| VOL LIFE & ADD | 11.25 | 62.28 |
| VOL LIFE & ADD | 5.63 | 31.15 |
| VOL LTD | 12.00 | 84.00 |
| SHORT TERM DBL | 7.40 | 51.80 |
| TOTAL | 41.11 | 263.04 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 427.94 | 3037.77 |
| OASDI | 208.42 | 1458.94 |
| MEDICARE | 48.74 | 341.18 |
| STATE W/H PA | 103.20 | 722.40 |
| STATE SUI PA | 2.35 | 16.45 |
| TOTAL | 790.65 | 5576.74 |

### NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 2529.79 | 17691.06 |

*Payrolls by Paychex, Inc.*
**0472-K509** INDIGENOUS TECHNOLOGIES LLC ▪ 1705 INDUSTRIAL RD ▪ ANADARKO, OK 73005 ▪ 405-247-7830 ▪