**BALTIMORE COUNTY, MARYLAND**
TOWSON, MARYLAND 21204

EMPLOYEE NAME: SHARI W COLE
PERIOD END: 01-27-2017
CHECK DATE: 02-03-2017

## PAYROLL CHECK

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 8:00 | $137.92 |

| EMP NUM | DEPT | UNIT | CHECK NO. |
|---|---|---|---|
| 0000006381 | 031 | SS35 | 0000621187 |

FEDERAL EXEMPTION: 4  STATE EXEMPTIONS: 4
TAX STATUS CLAIMED: M  STATE TAX STATUS CLAIMED: S

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $11.29 | $34.72 |
| OASDI TAX | $70.80 | $212.94 |
| MEDICARE TAX | $16.56 | $49.80 |
| PA TAX | $35.05 | $105.43 |
| CIGNA OAPIN | $155.53 | $466.59 |
| DENTAL-CARE1ST | $12.36 | $37.08 |
| VISION-CARE1ST | $0.40 | $1.20 |
| BASIC LIFE -EMP | $3.52 | $7.04 |
| CREDIT UNION | $151.57 | $454.71 |
| RETIREMENT | $73.27 | $219.81 |

| | |
|---|---|
| CURRENT GROSS | $1,310.24 |
| CURRENT DEDUCTIONS | $530.35 |
| CURRENT NET PAY | $779.89 |
| YTD GROSS | $3,939.34 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

### LEAVE DESCRIPTION

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 2:15 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 53:00 |
| VACATION | 00:00 | 00:00 | 175:00 |

Case 1:17-bk-01533-RNO    Doc 33    Filed 07/12/17    Entered 07/12/17 16:33:29    Desc
Main Document    Page 1 of 6

## PAYROLL CHECK

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 5.30 | $94.82 |

| EMP NUM | DEPT | UNIT | CHECK NO. |
|---|---|---|---|
| 0000006381 | 031 | SS35 | 0000528550 |

FEDERAL EXEMPTION: 4    STATE EXEMPTIONS: 4
TAX STATUS CLAIMED: M   STATE TAX STATUS CLAIMED: S

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $6.98 | $41.70 |
| OASDI TAX | $68.13 | $281.07 |
| MEDICARE TAX | $15.93 | $65.73 |
| PA TAX | $33.73 | $139.16 |
| CIGNA OAPIN | $155.53 | $622.12 |
| DENTAL-CARE1ST | $12.36 | $49.44 |
| VISION-CARE1ST | $0.40 | $1.60 |
| BASIC LIFE -EMP | $0.00 | $7.04 |
| CREDIT UNION | $151.57 | $606.28 |
| RETIREMENT | $73.27 | $293.08 |

| | |
|---|---|
| CURRENT GROSS | $1,267.14 |
| CURRENT DEDUCTIONS | $517.90 |
| CURRENT NET PAY | $749.24 |
| YTD GROSS | $5,206.48 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

### LEAVE DESCRIPTION

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 2:15 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 37:30 |
| VACATION | 00:00 | 00:00 | 168:00 |

# BALTIMORE COUNTY, MARYLAND
TOWSON, MARYLAND 21204

EMPLOYEE NAME: SHARI W COLE

PERIOD END: 02-24-2017  
CHECK DATE: 03-03-2017

## PAYROLL CHECK

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 10:30 | $181.02 |

| EMP NUM | DEPT | UNIT | CHECK NO. |
|---|---|---|---|
| 0000006381 | 031 | SS35 | 0000636868 |

FEDERAL EXEMPTION: 4  STATE EXEMPTIONS: 4  
TAX STATUS CLAIMED: M  STATE TAX STATUS CLAIMED: S

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $15.60 | $57.30 |
| OASDI TAX | $73.47 | $354.54 |
| MEDICARE TAX | $17.19 | $82.92 |
| PA TAX | $36.38 | $175.54 |
| CIGNA OAPIN | $155.53 | $777.65 |
| DENTAL-CARE1ST | $12.36 | $61.80 |
| VISION-CARE1ST | $0.40 | $2.00 |
| BASIC LIFE -EMP | $3.52 | $10.56 |
| CREDIT UNION | $151.57 | $757.85 |
| RETIREMENT | $73.27 | $366.35 |

| | |
|---|---|
| CURRENT GROSS | $1,353.34 |
| CURRENT DEDUCTIONS | $539.29 |
| CURRENT NET PAY | $814.05 |
| YTD GROSS | $6,559.82 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

### LEAVE DESCRIPTION

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 3:45 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 35:00 |
| VACATION | 00:00 | 00:00 | 168:00 |

| BALTIMORE COUNTY, MARYLAND | EMPLOYEE NAME | PERIOD END | CHECK DATE |
|---|---|---|---|
| TOWSON, MARYLAND 21204 | SHARI W COLE | 03-10-2017 | 03-17-2017 |

**PAYROLL CHECK**

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 8:00 | $137.92 |

| | |
|---|---|
| CURRENT GROSS | $1,310.24 |
| CURRENT DEDUCTIONS | $526.82 |
| CURRENT NET PAY | $783.42 |
| YTD GROSS | $7,870.06 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

| EMP NUM | DEPT | UNIT | CHECK NO. |
|---|---|---|---|
| 0000006381 | 031 | SS35 | 0000644242 |
| FEDERAL EXEMPTION: 4 | | STATE EXEMPTIONS: 4 | |
| TAX STATUS CLAIMED: M | | STATE TAX STATUS CLAIMED: S | |

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $11.29 | $68.59 |
| OASDI TAX | $70.80 | $425.34 |
| MEDICARE TAX | $16.55 | $99.47 |
| PA TAX | $35.05 | $210.59 |
| CIGNA OAPIN | $155.53 | $933.18 |
| DENTAL-CARE1ST | $12.36 | $74.16 |
| VISION-CARE1ST | $0.40 | $2.40 |
| BASIC LIFE -EMP | $0.00 | $10.56 |
| CREDIT UNION | $151.57 | $909.42 |
| RETIREMENT | $73.27 | $439.62 |

**LEAVE DESCRIPTION**

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 3:45 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 35:00 |
| VACATION | 00:00 | 00:00 | 142:00 |

## BALTIMORE COUNTY, MARYLAND
TOWSON, MARYLAND 21204

**EMPLOYEE NAME**
SHARI W COLE

**PERIOD END** 03-24-2017  **CHECK DATE** 03-31-2017

### PAYROLL CHECK

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 7:00 | $120.68 |

| EMP NUM | DEPT UNIT | CHECK NO. |
|---|---|---|
| 0000006381 | 031 SS35 | 0000652610 |

FEDERAL EXEMPTION: 4   STATE EXEMPTIONS: 4
TAX STATUS CLAIMED: M   STATE TAX STATUS CLAIMED: S

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $26.39 | $94.98 |
| OASDI TAX | $80.17 | $505.51 |
| MEDICARE TAX | $18.75 | $118.22 |
| PA TAX | $39.69 | $250.28 |
| CIGNA OAPIN | $0.00 | $933.18 |
| DENTAL-CARE1ST | $0.00 | $74.16 |
| VISION-CARE1ST | $0.00 | $2.40 |
| BASIC LIFE -EMP | $0.00 | $10.56 |
| CREDIT UNION | $151.57 | $1,080.89 |
| RETIREMENT | $73.27 | $512.89 |

| | |
|---|---|
| CURRENT GROSS | $1,293.00 |
| CURRENT DEDUCTIONS | $389.84 |
| CURRENT NET PAY | $903.16 |
| YTD GROSS | $9,163.06 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

### LEAVE DESCRIPTION

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 3:45 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 28:00 |
| VACATION | 00:00 | 00:00 | 124:00 |

Case 1:17-bk-01533-RNO   Doc 33   Filed 07/12/17   Entered 07/12/17 16:33:29   Desc
Main Document   Page 5 of 6

# BALTIMORE COUNTY, MARYLAND
TOWSON, MARYLAND 21204

**EMPLOYEE NAME:** SHARI W COLE
**PERIOD END:** 04-07-2017
**CHECK DATE:** 04-14-2017

## PAYROLL CHECK

| PAY DESCRIPTION | RATE | HOURS | CURRENT |
|---|---|---|---|
| REGULAR | $17.24 | 68:00 | $1,172.32 |
| OVERTIME 1 | $17.24 | 9:00 | $155.16 |

| EMP NUM | DEPT | UNIT | CHECK NO. |
|---|---|---|---|
| 0000006381 | 031 | SS35 | 0000659969 |

FEDERAL EXEMPTION: 4   STATE EXEMPTIONS: 4
TAX STATUS CLAIMED: M   STATE TAX STATUS CLAIMED: S

| DEDUCTION DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FED TAX W/H | $13.01 | $107.99 |
| OASDI TAX | $71.87 | $577.38 |
| MEDICARE TAX | $16.81 | $135.03 |
| PA TAX | $35.59 | $285.86 |
| CIGNA OAPIN | $155.53 | $1,086.71 |
| DENTAL-CARE1ST | $12.36 | $86.52 |
| VISION-CARE1ST | $0.40 | $2.80 |
| BASIC LIFE -EMP | $3.52 | $14.08 |
| CREDIT UNION | $151.57 | $1,212.56 |
| RETIREMENT | $73.27 | $586.16 |

| | |
|---|---|
| CURRENT GROSS | $1,327.48 |
| CURRENT DEDUCTIONS | $533.92 |
| CURRENT NET PAY | $793.56 |
| YTD GROSS | $10,490.54 |

| FRINGE DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

## LEAVE DESCRIPTION

| Description | | | Curr Bal |
|---|---|---|---|
| COMPENSATORY LV | 00:00 | 00:00 | 3:45 |
| PERSONAL LEAVE | 00:00 | 00:00 | 00:00 |
| SICK LEAVE | 00:00 | 00:00 | 28:00 |
| VACATION | 00:00 | 00:00 | 109:00 |