In re:  
Richard Horace Cole, Jr.  
Shari Wagner Cole  
    Debtors

Case No. 17-01533-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: PRatchfor    Page 1 of 2    Date Rcvd: Oct 31, 2017  
                         Form ID: ntnoshow    Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.

```
db/jdb         Richard Horace Cole, Jr.,   Shari Wagner Cole,   7577 Pinewild Rd,
                 Seven Valleys, PA 17360-9176
4909459       +11 Comcast,   4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
4911824       +Americredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                 Arlington, TX 76096-3853
4909461       +Auto One Fin,   Po Box 7222,   York, PA 17404-0222
4909462        Baltimore County Emp,   23 W Susquehanna Avenue,   Towson, MD 21204-5291
4913731        Baltimore County Employees,   Federal Credit Union,   23 W Susquehanna Avenue,
                 Towson, MD 21204-5291
4944225        CBY of York,   18 S George Street, Fl 5,   York, PA 17401-1400
4944223        Calder Door & Specialty Co,   1296 Loop Rd,   Lancaster, PA 17601-3167
4944224        Capital Management Services,   69842 S Ogden St,   Buffalo, NY 14206
4909456        Cole Richard Horace Jr,   7577 Pinewild Rd,   Seven Valleys, PA 17360-9176
4909457        Cole Shari Wagner,   7577 Pinewild Rd,   Seven Valleys, PA 17360-9176
4944226        Colony Brands Inc,   1112 7th Ave,   Monroe, WI 53566-1364
4909464      ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,   332 Minnesota St Ste 610,
                 Saint Paul, MN  55101)
4909458        DeArmond & Associates of York LLC,   18 S George St Ste 610,   York, PA 17401-1450
4909463        Dept Of Ed/Navient,   Po Box 9655,   Wilkes-Barre, PA 18773-9655
4944227       +Ehrlich,   4565 W Market St,   York, PA 17408-6100
4909466        First Premier,   Tape Only 3820 N Louise Ave,   Sioux Falls, SD 57107-0145
4909467       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
4909468        GM Financial,   PO Box 181145,   Arlington, TX 76096-1145
4944228        Lane Bryant,   PO Box 659728,   San Antonio, TX 78265-9728
4944229        Logan Homeowners Assoc,   PO Box 11981,   Newark, NJ 07101-4960
4909470       +Lvnv Funding LLC,   625 Pilot Road Suite 2/3,   Las Vegas, NV 89119-4485
4945861        Navient Solutions, LLC. on behalf of,   Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
4919768        Navient Solutions, LLC. on behalf of,   United Student Aid Funds, Inc.,
                 Attn: Bankruptcy Litigation Unit E3149,   PO Box 9430,   Wilkes Barre, PA 18773-9430
4944231        STYCSA,   Sewer Authority,   PO Box 75,   Seven Valleys, PA 17360-0075
4959857       +Springfield Township York County Sewer Authority,   P.O. Box 75,   Seven Valleys, PA 17360-0075
4944232        Suburban Propane,   PO Box J,   Whippany, NJ 07981-0409
4944233        True Green,   PO Box 9001128,   Louisville, KY 40290-1128
4944234        Valentine & Kebartas, LLC,   15 Union St,   Lawrence, MA 01840-1866
4909476       +Verizon Wireless,   Po Box 49,   Lakeland, FL 33802-0049
4909477      #+Verizon Wireless/Sou,   PO Box 26055 Natl Recovery Dept M.S 400,   Minneapolis, MN 55426-0055
4931050       +York Hospital,   1001 S. George St,   York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4909460       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 19:17:47      12 Credit One Bank,
                 Po Box 10497 MS 576,   C/O Resurgent Capital Services,   Greenville, SC 29603-0497
4944226        E-mail/Text: bankruptcy@sccompanies.com Oct 31 2017 19:19:00      Colony Brands Inc,
                 1112 7th Ave,   Monroe, WI 53566-1364
4909465       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2017 19:18:16      Ditech Financial LLC,
                 Po Box 6172,   Rapid City, SD 57709-6172
4909469        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 19:18:39      Jefferson Capital System,
                 16 Mcleland Rd,   Saint Cloud, MN 56303
4957821        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 19:18:39      Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
4936967        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 19:23:58
                 LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4909471       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2017 19:17:25      Lvnv Funding LLC,
                 Po Box 10497,   Greenville, SC 29603-0497
4955817       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2017 19:18:30      MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
4909472       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 31 2017 19:18:30      Midland Funding Llc,
                 2365 Northside Drive Suite 300,   San Diego, CA 92108-2709
4909473       +E-mail/Text: Bankruptcies@nragroup.com Oct 31 2017 19:18:59      National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
4911994        E-mail/Text: RVSVCBICNOTICEl@state.pa.us Oct 31 2017 19:18:26
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg PA 17128-0946
4958257       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 19:18:40      Premier Bankcard LLC,,
                 Jefferson Capital Systems LLC Assignee,   PO Box 7999,   St Cloud MN 56302-7999
4958201       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 31 2017 19:18:40      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
4944230        E-mail/Text: jennifer.chacon@spservicing.com Oct 31 2017 19:19:00
                 Select Portfolio services Inc,   PO Box 65250,   Salt Lake City, UT 84165-0250
4909474       +E-mail/Text: compliance@sentrycredit.com Oct 31 2017 19:18:56      Sentry Credit Inc,
                 2809 Grand Ave,   Everett, WA 98201-3417
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4958006         E-mail/Text: bankruptcy.bnc@ditech.com Oct 31 2017 19:18:16     THE BANK OF NEW YORK MELLON,
                c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
4909475        +E-mail/PDF: pa_dc_litigation@navient.com Oct 31 2017 19:16:55     USA Funds,   Po Box 6180,
                Indianapolis, IN 46206-6180
4932473        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2017 19:23:59     Verizon,
                by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
4960358         E-mail/Text: jennifer.chacon@spservicing.com Oct 31 2017 19:19:00
                Wilmington Savings Fund Society, FSB, et al,   c/o Select Portfolio Servicing, Inc.,
                P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
4922045*       +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Richard Horace Cole, Jr. general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Shari Wagner Cole general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

ntnoshow (03/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard Horace Cole Jr.
Shari Wagner Cole

Debtor(s)

Chapter 13

Case No. 1:17−bk−01533−RNO

## Notice

The Court intends to dismiss the Case.

The court docket reflects that the debtor(s) has/have failed to appear at the meeting of creditors required under Section 341 of the Bankruptcy Code. Section 343 of the Code provides that debtor(s) shall appear at the meeting and submit to examination under oath by creditors, the case trustee, and other interested parties. The failure of debtor(s) to appear at the meeting constitutes cause for dismissal.

Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **November 21, 2017**. If the debtor(s) oppose(s) this dismissal, debtor(s) must file an objection with the Court, on or before **November 21, 2017**, and explain why debtor(s) failed to appear at the creditors' meeting on each occasion the meeting was scheduled by the Court. If no timely objection is filed, an Order will be entered.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 31, 2017 |