UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

    Richard Horace Cole, Jr.   :    Case No.:  1:17-bk-01533-RNO
    Shari Wagner Cole           :    Chapter 13

## **O R D E R**

**AND NOW,** upon consideration of Debtors' Motion To Convert Case to a Proceeding under Chapter 7, Title 11,

IT IS HEREBY:

**ORDERED,** that the above-captioned case is converted to a proceeding under Chapter 7.