```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 17-01533-RNO
Richard Horace Cole, Jr.                                        Chapter 7
Shari Wagner Cole
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor          Page 1 of 1          Date Rcvd: Nov 06, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db/jdb         Richard Horace Cole, Jr.,   Shari Wagner Cole,   7577 Pinewild Rd,
                 Seven Valleys, PA 17360-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Richard Horace Cole, Jr. general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Shari Wagner Cole general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Richard Horace Cole, Jr. | : | Case No.: 1:17-bk-01533-RNO |
| Shari Wagner Cole | : | Chapter 13 |

## **O R D E R**

**AND NOW,** upon consideration of Debtors' Motion To Convert Case to a Proceeding under Chapter 7, Title 11,

IT IS HEREBY:

**ORDERED,** that the above-captioned case is converted to a proceeding under Chapter 7.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(DG)

Dated: November 6, 2017