```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
```

In re:                                                           Case No. 17-01533-RNO
Richard Horace Cole, Jr.                                         Chapter 7
Shari Wagner Cole
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: PRatchfor           Page 1 of 2           Date Rcvd: Nov 20, 2017
                               Form ID: 309A             Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.

```
db/jdb         Richard Horace Cole, Jr.,    Shari Wagner Cole,    7577 Pinewild Rd,
                Seven Valleys, PA 17360-9176
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr            +Steven M. Carr (Trustee),    Ream, Carr, Markey and Woloshin LLP,    119 East Market Street,
                York, PA 17401-1221
4909459       +11 Comcast,    4120 International Parkway Suite 1100,    Carrollton, TX 75007-1958
4911824       +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
4909461       +Auto One Fin,    Po Box 7222,    York, PA 17404-0222
4909462        Baltimore County Emp,    23 W Susquehanna Avenue,    Towson, MD 21204-5291
4913731        Baltimore County Employees,    Federal Credit Union,    23 W Susquehanna Avenue,
                Towson, MD 21204-5291
4944225        CBY of York,    18 S George Street, Fl 5,    York, PA 17401-1400
4944223        Calder Door & Specialty Co,    1296 Loop Rd,    Lancaster, PA 17601-3167
4944224        Capital Management Services,    69842 S Ogden St,    Buffalo, NY 14206
4909456        Cole Richard Horace Jr,    7577 Pinewild Rd,    Seven Valleys, PA 17360-9176
4909457        Cole Shari Wagner,    7577 Pinewild Rd,    Seven Valleys, PA 17360-9176
4944226        Colony Brands Inc,    1112 7th Ave,    Monroe, WI 53566-1364
4909464      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
                Saint Paul, MN 55101)
4909458        DeArmond & Associates of York LLC,    18 S George St Ste 610,    York, PA 17401-1450
4909463        Dept Of Ed/Navient,    Po Box 9655,    Wilkes-Barre, PA 18773-9655
4944227       +Ehrlich,    4565 W Market St,    York, PA 17408-6100
4944229        Logan Homeowners Assoc,    PO Box 11981,    Newark, NJ 07101-4960
4909470       +Lvnv Funding LLC,    625 Pilot Road Suite 2/3,    Las Vegas, NV 89119-4485
4945861        Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
4919768        Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,
                Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
4944231        STYCSA,    Sewer Authority,    PO Box 75,    Seven Valleys, PA 17360-0075
4959857       +Springfield Township York County Sewer Authority,    P.O. Box 75,    Seven Valleys, PA 17360-0075
4944232        Suburban Propane,    PO Box J,    Whippany, NJ 07981-0409
4944233        True Green,    PO Box 9001128,    Louisville, KY 40290-1128
4944234        Valentine & Kebartas, LLC,    15 Union St,    Lawrence, MA 01840-1866
4909476       +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
4931050       +York Hospital,    1001 S. George St,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: general.dearmondlaw@gmail.com Nov 20 2017 18:51:57      Keith B DeArmond,
                DeArmond and Associates of York, LLC,    18 South George Street, Suite 610,    York, PA 17401
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Nov 20 2017 18:52:34      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4909460       +EDI: RESURGENT.COM Nov 20 2017 18:58:00      12 Credit One Bank,    Po Box 10497 MS 576,
                C/O Resurgent Capital Services,    Greenville, SC 29603-0497
4944226        EDI: CBS7AVE Nov 20 2017 18:58:00      Colony Brands Inc,    1112 7th Ave,
                Monroe, WI 53566-1364
4909465       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 20 2017 18:52:30      Ditech Financial LLC,
                Po Box 6172,    Rapid City, SD 57709-6172
4909466        EDI: AMINFOFP.COM Nov 20 2017 18:58:00      First Premier,    Tape Only 3820 N Louise Ave,
                Sioux Falls, SD 57107-0145
4909467       +EDI: AMINFOFP.COM Nov 20 2017 18:58:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
4909468        EDI: PHINAMERI.COM Nov 20 2017 18:58:00      GM Financial,    PO Box 181145,
                Arlington, TX 76096-1145
4909469        EDI: JEFFERSONCAP.COM Nov 20 2017 18:58:00      Jefferson Capital System,    16 Mcleland Rd,
                Saint Cloud, MN 56303
4957821        EDI: JEFFERSONCAP.COM Nov 20 2017 18:58:00      Jefferson Capital Systems LLC,    Po Box 7999,
                Saint Cloud Mn 56302-9617
4936967        EDI: RESURGENT.COM Nov 20 2017 18:58:00      LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
4944228        EDI: WFNNB.COM Nov 20 2017 18:58:00      Lane Bryant,    PO Box 659728,
                San Antonio, TX 78265-9728
4909471       +EDI: RESURGENT.COM Nov 20 2017 18:58:00      Lvnv Funding LLC,    Po Box 10497,
                Greenville, SC 29603-0497
4955817       +EDI: MID8.COM Nov 20 2017 18:58:00      MIDLAND FUNDING LLC,    PO Box 2011,
                Warren, MI 48090-2011
4909472       +EDI: MID8.COM Nov 20 2017 18:58:00      Midland Funding Llc,    2365 Northside Drive Suite 300,
                San Diego, CA 92108-2709
4909473       +E-mail/Text: Bankruptcies@nragroup.com Nov 20 2017 18:52:46      National Recovery Agency,
                2491 Paxton St,    Harrisburg, PA 17111-1036
```

```
District/off: 0314-1          User: PRatchfor            Page 2 of 2            Date Rcvd: Nov 20, 2017
                              Form ID: 309A              Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4911994           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 20 2017 18:52:33
                    Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
                    Harrisburg PA  17128-0946
4958257          +EDI: JEFFERSONCAP.COM Nov 20 2017 18:58:00      Premier Bankcard LLC,,
                    Jefferson Capital Systems LLC  Assignee,    PO Box 7999,   St Cloud MN 56302-7999
4958201          +EDI: JEFFERSONCAP.COM Nov 20 2017 18:58:00      Premier Bankcard, Llc,
                    Jefferson Capital Systems LLC Assignee,    Po Box 7999,   Saint Cloud Mn 56302-7999
4944230           E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2017 18:52:47
                    Select Portfolio services Inc,    PO Box 65250,    Salt Lake City, UT  84165-0250
4909474          +E-mail/Text: compliance@sentrycredit.com Nov 20 2017 18:52:45      Sentry Credit Inc,
                    2809 Grand Ave,    Everett, WA  98201-3417
4958006           E-mail/Text: bankruptcy.bnc@ditech.com Nov 20 2017 18:52:30      THE BANK OF NEW YORK MELLON,
                    c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD  57709-6154
4909475          +EDI: NAVIENTFKASMGUAR.COM Nov 20 2017 18:58:00      USA Funds,    Po Box 6180,
                    Indianapolis, IN  46206-6180
4932473          +EDI: AIS.COM Nov 20 2017 18:58:00      Verizon,   by American InfoSource LP as agent,
                    4515 N Santa Fe Ave,    Oklahoma City, OK  73118-7901
4909477          +EDI: VERIZONWIRE.COM Nov 20 2017 18:58:00      Verizon Wireless/Sou,
                    PO Box 26055 Natl Recovery Dept M.S 400,    Minneapolis, MN  55426-0055
4960358           E-mail/Text: jennifer.chacon@spservicing.com Nov 20 2017 18:52:47
                    Wilmington Savings Fund Society, FSB, et al,    c/o Select Portfolio Servicing, Inc.,
                    P.O. Box 65250,    Salt Lake City, UT  84165-0250
                                                                                              TOTAL: 26

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                    Arlington, TX  76096-3853
4922045*         +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                    Arlington, TX  76096-3853
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Richard Horace Cole, Jr. general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Shari Wagner Cole general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Richard Horace Cole Jr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx–xx–8864<br>__–_____ |
| Debtor 2<br>(Spouse, if filing) | Shari Wagner Cole<br>First Name   Middle Name   Last Name | Social Security number or ITIN<br>EIN | xxx–xx–3757<br>__–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | Date case filed in chapter 13 | April 14, 2017 |
| Case number: | 1:17–bk–01533–RNO | Date case converted to chapter 7 | November 6, 2017 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Richard Horace Cole Jr. | Shari Wagner Cole |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7577 Pinewild Rd<br>Seven Valleys, PA 17360–9176 | 7577 Pinewild Rd<br>Seven Valleys, PA 17360–9176 |
| 4. | **Debtor's attorney**<br>Name and address | Keith B DeArmond<br>DeArmond and Associates of York, LLC<br>18 South George Street, Suite 610<br>York, PA 17401 | Contact phone 717–885–0937<br>Email: general.dearmondlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr (Trustee)<br>Ream, Carr, Markey and Woloshin LLP<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br>Email: carrtrustee@yahoo.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: November 20, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 20, 2017 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | Location:<br><br>**York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** February 18, 2018 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

Case 1:17-bk-01533-RNO    Doc 51    Filed 11/22/17    Entered 11/23/17 00:47:50    Desc
Imaged Certificate of Notice    Page 4 of 4