```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                             Case No. 17-01533-RNO
Richard Horace Cole, Jr.                                           Chapter 7
Shari Wagner Cole
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PRatchfor           Page 1 of 1          Date Rcvd: Mar 07, 2018
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2018.
db/jdb         Richard Horace Cole, Jr.,    Shari Wagner Cole,    7577 Pinewild Rd,
                Seven Valleys, PA  17360-9176

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                          Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2018 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWABS 2005-12) ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the
               CWABS, Inc., Asset-Backed Certificates, Series 2005-12 ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, as indenture trustee, for the CSMC 2017-1 Trust, Mortgage-Backed Notes, Series 2017-1
               bkgroup@kmllawgroup.com
              Keith B DeArmond    on behalf of Debtor 1 Richard Horace Cole, Jr. general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Keith B DeArmond    on behalf of Debtor 2 Shari Wagner Cole general.dearmondlaw@gmail.com,
               G10924@notify.cincompass.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard Horace Cole Jr.  
7577 Pinewild Rd  
Seven Valleys, PA 17360−9176

Chapter 7  
Case No. 1:17−bk−01533−RNO

Shari Wagner Cole  
7577 Pinewild Rd  
Seven Valleys, PA 17360−9176

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−8864  
xxx−xx−3757

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Steven M. Carr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 7, 2018

By the Court,

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: PRatchford, Deputy Clerk